**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JOANNE KINNER,**

                **Plaintiff,**

      **v.**                                            **1:08-CV-1240**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Erwin, McCane Law Firm<br>23 Elk Street<br>Albany, NY 12207<br>Counsel for Plaintiff | Thomas C. Erwin, Esq. |
| Social Security Administration<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278<br>Counsel for Defendant | Kimberly L. Schiro, Esq.<br>Karla J. Gwinn, Esq. |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini, duly filed on the 4th day of February 2010.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Defendant's Motion for Judgment on the pleadings is denied, the decision of the Commissioner is reversed, and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  February 19, 2010
         Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge

2